KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Fax: (415) 861-3151
Email: mark@kabolaw.com

Attorney for Plaintiffs Doris Stephens & JackStephens

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| Doris Stephens and<br>Jack Stephens,<br><br>           Plaintiffs,<br>       vs.<br><br>Country Coach LLC, a Delaware corporation;<br>and Caterpillar Inc., a Delaware corporation;<br><br>           Defendants | CASE NO. CV 08-00782 SGL (JCRx)<br><br>NOTICE OF FILING OF INVOLUNARY CHAPTER 11 BANKRUPTCY PROCEEDING AGAINST DEFENDANT COUNTRY COACH LLC & EX PARTE APPLICATION FOR DISMISSAL OF DEFNDANT COUNTRY COACH LLC FROM THIS ACTION WITHOUT PREJUDICE & (proposed) ORDER |

**Notice of Chapter 11 Proceeding.** Plaintiffs hereby are providing this Court notice that it has come to the attention of plaintiffs that an involuntary petition under Chapter 11 of the bankruptcy code was filed on or about February 6, 2009, in the District of Oregon, *In re Country Coach LLC,* Case No. 09-60419-aer11.

**Ex Parte Application for Dismissal of Defendant Country Coach LLC.** Plaintiffs' counsel has been informed by Country Coach LLC's counsel of record in this case that they presently do not have authority to stipulate to a dismissal of this action. Plaintiffs wish to dismiss defendant Country Coach LLC from this action, but cannot do so by stipulation.

Application and Order for Dismissal of Def Country Coach LLC, *Stephens v Country Coach LLC*

Plaintiffs therefore hereby request that this Court dismiss defendant Country Coach, LLC from this action without prejudice.

Concurrently, plaintiffs and defendant Caterpillar, Inc. have agreed to a dismissal of Caterpillar, Inc. Therefore, if this application is approved, the case may be closed.

**ORDER**

For good cause shown, plaintiffs' claims against defendant Country Coach LLC are hereby dismissed without prejudice.

Dated: ~~February~~ March 11, 2009.

_____
Judge of the U.S. District Court

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

Application and Order for Dismissal of Def Country Coach LLC, *Stephens v Country Coach LLC*